| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

**FINANCIAL DISCLOSURE REPORT**

**FOR CALENDAR YEAR 2004**

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Adelman, Lynn S | 2. Court or Organization<br><br>Eastern District of Wisconsin | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>517 E. Wisconsin Ave., Rm. 364<br><br>Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 11 P 1:02 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Wisconsin - Pension/Retirement | 17,061.36 |
| 2. | 2004 | State of Wisconsin - Deferred Compensation | 12,412.37 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Law Practice |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Adelman, Lynn S | 5/10/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MFS Fund Total Return | D | Dividend | M | T | Buy | 11/17 | J | | |
| 2. Growth Fund of America | A | Dividend | M | T | | | | | |
| 3. Puerto Rico Electric Power Authority | B | Interest | K | T | | | | | |
| 4. Disney, Walt | A | Dividend | J | T | | | | | |
| 5. McDonalds Corp. | A | Dividend | J | T | Partial Gift | 2/25 | J | | ▆▆▆▆ |
| 6. Exxon | A | Dividend | K | T | | | | | |
| 7. Motorola, Inc. | A | Dividend | J | T | | | | | |
| 8. Freescale (Spinoff of Motorola stock listed above) | A | Distribution | J | T | | 12/4 | J | | |
| 9. Pepsico, Inc. | A | Dividend | J | T | Partial Gift | 7/14 | J | | ▆▆▆▆ |
| 10. Nike | A | Dividend | J | T | | | | | |
| 11. Pfizer, Inc. | B | Dividend | L | T | | | | | |
| 12. Royal Dutch Pet. Co. | A | Dividend | J | T | | | | | |
| 13. Insured Muni Income Tr. | B | Interest | K | T | | | | | |
| 14. Nuveen Tax Exempt Trust | B | Interest | K | T | | | | | |
| 15. Puerto Rico Bd. Bldg. | A | Interest | K | T | | | | | |
| 16. MFS Cap Opportunities | | None | J | T | Sell | 11/17 | J | | (Loss) |
| 17. Treasury Invt. Growth Rep. Series 15 (IRA) | | None | K | T | | | | | |
| 18. Treasury Invt. Gr. Rp Series 18 (IRA) | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Treasury Invt. Gr. Rep. Series 18 (IRA) | | None | J | T | | | | | |
| 20. Rental Property- Milwaukee, WI | E | Rent | N | S | | | | | |
| 21. Citizen's Bank of Mukwonago (S) | A | Interest | J | T | | | | | |
| 22. Citizen's Bank of Mukwonago, WI | A | Interest | J | T | | | | | |
| 23. Mutual Savings Bank (formerly First Savings Bank) | A | Interest | J | T | | | | | |
| 24. Citizen's Bank of Mukwonago, WI | A | Interest | J | T | | | | | |
| 25. Business - plant nursery ███ | | None | J | W | | | | | |
| 26. Strong Adv. Muni Bond (was State Street Resh. Tax Exempt) | C | Dividend | K | T | | | | | |
| 27. Puerto Rico 4.875% | B | Interest | L | T | | | | | |
| 28. Puerto Rico 5.0% | A | Interest | K | T | | | | | |
| 29. Puerto Rico 5.0% | A | Interest | K | T | | | | | |
| 30. Puerto Rico 5.0% | B | Interest | K | T | | | | | |
| 31. Puerto Rico 5.0% | B | Interest | L | T | | | | | |
| 32. Eaton Vance Tax MGD | B | Dividend | N | T | | | | | |
| 33. Eaton Vance Mut. FDTR | C | Dividend | N | T | | | | | |
| 34. Alliance Growth & Income | A | Dividend | L | T | | | | | |
| 35. Guam Power Auth. Rev. | C | Interest | L | T | | | | | |
| 36. Midcap SPDR | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. NASDAQ 100 | A | Dividend | J | T | | | | | |
| 38. Energizer Holdings | | None | J | T | | | | | |
| 39. Alliance Health Care (IRA) | | None | J | T | | | | | |
| 40. Alliance Technology (IRA) | | None | J | T | Sell/Exchang | 5/3 | J | | |
| 41. Alliance Technology (IRA) | | None | J | T | Sell/exchang | 5/3 | J | | |
| 42. Alliance Health Care (IRA) | | None | J | T | | | | | |
| 43. Treas. INVT Growth Receipt IRA | | None | K | T | Redempt. | 11/15 | K | | |
| 44. Kinder Morgan | A | Dividend | J | T | | | | | |
| 45. Mainstay MAP Equity -A | A | Dividend | J | T | Partial Gift | 10/6 | J | | ▓▓▓▓▓ |
| 46. Alliance Bernstein IRA | A | Dividend | J | T | Buy/exchange | 5/3 | J | | |
| 47. Mainstay MAP Equity-B IRA | A | Dividend | J | T | | | | | |
| 48. Alliance Bernstein Small Cap Value IRA | C | Dividend | K | T | | | | | |
| 49. Mainstay MAP Equity-B IRA | A | Dividend | J | T | | | | | |
| 50. Diamond Tr. Unit 1 | A | Dividend | K | T | | | | | |
| 51. Fidelity New Insight IRA | A | Dividend | J | T | | | | | |
| 52. Fidelity New Insight Sep IRA | A | Dividend | K | T | Buy | 11/17 | J | | |
| 53. Mutual Discovery Sep IRA | A | Dividend | K | T | | | | | |
| 54. Alliance Disciplined Value ADGBX (IRA) | A | Dividend | J | T | Buy | 5/3 | J | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2.500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
   (See Column C2) U = Book Value V = Other W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Adelman, Lynn S | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Henderon European Focus Fund HFEDX (IRA) | C | Dividend | K | T | Buy | 11/17 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500.001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25.000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Section VII line 20 reflects increase in City of Milwaukee's Assessor's Office assessment, which is considered by that office to be 100% of its value.

Section VII line 25, plant nursery ██████████ had no income during the reporting period.

Section VII lines 29 and 30 was reported last year on line 31 as a single asset. As explained in Section VIII last year, this asset split and is now reported as two separate items.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date    5/10/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544